**Stein | Saks, PLLC**

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/03/3023

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
TAMIR SALAND▪
HASAN SIDDIQUI▲
KENNETH WILLARD▲▪
PETERPAUL SHAKER▪
RAMI SALIM▲▪

▲ NJBar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

November 2, 2023

**Via CM/ECF**
The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York

> **APPLICATION GRANTED:** The Initial Conference set for 11/14/2023 at 03:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Monday, December 4, 2023 at 2:10 p.m.**
>
> APPLICATION GRANTED
>
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 11/03/2023

Re:   DiMeglio vs West Coast Commercial Floor, Inc. d/b/a Floor City
      Case #: 1:23-cv-07706-JHR-KHP

Dear Magistrate Judge Parker:

We represent the Plaintiff in the above matter. We write to respectfully request clarification as to the date of the Initial Case Management Conference scheduled for Monday, November 14, 2022 at 2:00 p.m. (Docket No. 7).

Additionally, Plaintiff received a Clerk's Certificate of Default on October 18, 2023 (Docket No. 11), after which Defendant's counsel appeared on October 29, 2023 (Docket No. 12). The parties filed to vacate the Clerk's Entry of Default on October 30, 2023 (Docket No. 14). The Court endorsed that filing on October 31, 2023 (Docket No. 15), and allowed Defendant's answer to be due November 21, 2023, which would fall after the Initial Case Management Conference referenced above regardless of whether the Court intended the Conference to take place on Monday, November 13, 2023, or Tuesday, November 14, 2023. For these reasons, we respectfully request that the Initial Case Management Conference be adjourned.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ PeterPaul Shaker*
PeterPaul Shaker, Esq.